DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVER LEONEL MUNGUIA-PEREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2028

[November 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2018-CF-011007-AXXX-MB.

Ever Leonel Munguia-Perez, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***